# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:07-cv-02445-JOF
## United States of America for the Use and Benefit of WFI Georgia, Inc. v. Government Technical Services, LLC et al
## Honorable J. Owen Forrester

Minute Sheet for proceedings held In Open Court on 06/25/2009.

| | |
|---|---|
| TIME COURT COMMENCED: 11:00 A.M.<br>TIME COURT CONCLUDED: 12:00 P.M.<br>TIME IN COURT: 1:00 | COURT REPORTER: Alicia Bagley<br>DEPUTY CLERK: Traci Clements-Campbell |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Deborah Butera representing United States of America for the Use and Benefit of WFI Georgia, Inc.<br>Joseph Cassioppi representing Capital Computer Group, LLC<br>Aldos Vance representing The Gray Insurance Company |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [98]Motion for Protective Order GRANTED IN PART & DENIED IN PART<br>[99]Motion to Compel GRANTED IN PART & DENIED IN PART<br>[100]Motion to Compel GRANTED IN PART & DENIED IN PART<br>[102]Motion to Compel GRANTED<br>[107]Motion to Supplement GRANTED |
| MINUTE TEXT: | The transcript shall serve as the Order of the court, refer to transcript for additional details. |
| HEARING STATUS: | Hearing Concluded |